No. A–869 (84–6868). VALENTINO v. SUPERIOR COURT OF THE COUNTY OF CONTRA COSTA. Ct. App. Cal., 1st App. Dist. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–928. PUGH v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–935 (84–1244). DAVIS ET AL. v. BANDEMER ET AL. D. C. S. D. Ind. [Probable jurisdiction noted, 470 U. S. 1083.] Application for stay of the December 13, 1984, order of the United States District Court for the Southern District of Indiana, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. A–944. FABER ET AL. v. FARGNOLI ET AL. Application for stay of the order of the Appellate Division, Supreme Court of New York, Third Judicial Department, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–972 (84–1923). HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. NEW YORK ET AL. C. A. 2d Cir. Application for a partial stay of the judgment of the United States District Court for the Eastern District of New York, case No. CV–83–0457, as set forth in the order of January 31, 1984, presented to JUSTICE MARSHALL, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. D–490. IN RE DISBARMENT OF HOLTZMAN. Disbarment entered. [For earlier order herein, see 471 U. S. 1063.]

No. 92, Orig. ARKANSAS v. MISSISSIPPI. Request of the Special Master for award of costs and compensation granted, and he is awarded a total of $32,110.74 to be divided equally by the parties. The Special Master is hereby discharged. [For earlier decision herein, see, e. g., 471 U. S. 377.]